| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OurPlane Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1605166** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12020 Sunrise Valley Drive Suite 100**<br>**Reston, VA**<br>ZIP Code **20191** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

A New York Corporation

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)**

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
■ Debts are primarily
  business debts.

**Filing Fee (Check one box)**

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OurPlane Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>         _____<br>         (Name of landlord that obtained judgment)<br><br><br><br>         _____<br>         (Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | OurPlane Corp. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _~~~~~~~~~~_
Signature of Attorney for Debtor(s)

**William E. Lawson**
Printed Name of Attorney for Debtor(s)

**Aaron Dautch Sternberg & Lawson, LLP**
Firm Name

**730 Convention Tower**
**43 Court St**
**Buffalo, NY 14202-3172**

_____
Address

**Email: lawson@aarondautch.com**
**(716) 854-3015  Fax: (716) 854-1716**
Telephone Number

Sept  28  2010
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Casson_
Signature of Authorized Individual

**Graham Casson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

Sept 26/2010.
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re    **OurPlane Corp.** _____ ,

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 800,877.95 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,200,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 398,017.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 2,463,780.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 800,877.95 | | |
| Total Liabilities | | | | 4,061,797.78 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **OurPlane Corp.** _____ ,

                                        Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re   **OurPlane Corp.**                ,     Case No. _____

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re   **OurPlane Corp.**                                      ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Royal Bank of Canada**<br>**383 Richmond Street**<br>**London Ontario Canada N6A 3C4** | - | 877.95 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total &gt;      <b>877.95</b>
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re    **OurPlane Corp.**                                                      ,      Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                         0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

In re   **OurPlane Corp.**                              ,        Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | **One Eclipse Echo Airplane E 500 FAA Registration #N370P located at Boca Aircraft Maintenance, 3300 Airport Road, Hangar 2, Suite #121, Boca Raton FL 33431** | - | **800,000.00** |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor is plaintiff with a claim of $649,900.00 in a class action versus Eclipse Auctions.  Attorneys are Sneed Lang Harrold, Attorneys at Law, 1700 Williams Center Tower I, One West Third Street, Tulsa OK 74103-3532** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **800,000.00** |
| (Total of this page) | |
| Total > | **800,877.95** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property                                       (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

In re   **OurPlane Corp.**                              Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Advanced Disposal Systems**<br>**7915 Baymeadows Way Suite 300**<br>**Jacksonville, FL 32256** | - | | | **October 1, 2007**<br><br>**Lien on Property**<br><br>**Eclipse E500 FAA Registration #N370P** | | | | | |
| | | | | Value $            **0.00** | | | | **1,200,000.00** | **1,200,000.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,200,000.00** | **1,200,000.00** |
| Total<br>(Report on Summary of Schedules) | **1,200,000.00** | **1,200,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

.

In re    **OurPlane Corp.**                                      ,     Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re **OurPlane Corp.** _____ , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2007-2010 | | | | | |
| **City of Sugar Land Property Tax** **PO Box 5029** **Sugar Land, TX 77487-5029** | | - | | **Property Tax on aircraft** | | | | | 0.00 |
| | | | | | | | | 2,185.95 | 2,185.95 |
| Account No. | | | | 2004 | | | | | |
| **Connecticut Sales Tax** **25 Sigourney Street** **Suite 2** **Hartford, CT 06106** | | - | | **Sales Tax** | | | | | 0.00 |
| | | | | | | | | 13,164.00 | 13,164.00 |
| Account No. | | | | 2010 | | | | | |
| **Dallas Central Appraisal District** **Business Perosnal Property Division** **Box 560368** **Dallas, TX 75356-0368** | | - | | **Sales Tax** | | | | | 0.00 |
| | | | | | | | | 2,500.00 | 2,500.00 |
| Account No. | | | | 2007 | | | | | |
| **Florida Dept of Revenue** **Taxpayer Services** **5050 W. Tennesee Street Bldg L** **Tallahassee, FL 32399-0113** | | - | | **Sales Tax** | | | | | 0.00 |
| | | | | | | | | 108,000.00 | 108,000.00 |
| Account No. | | | | 2006-2009 | | | | | |
| **Florida Dept. of Revenue** **Taxpayer Services** **5050 W. Tennessee Street Bldg L** **Tallahassee, FL 32399-0112** | | - | | **Sales Tax** | | | | | 0.00 |
| | | | | | | | | 17,819.00 | 17,819.00 |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 143,668.95 | 143,668.95

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re __OurPlane Corp._____, Case No. _____

                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 2007-2010 | | | | | | |
| Fort Bend County Tax Office 1317 Eugene Heimann Circle Richmond, TX 77469 | | - | | Sales Tax | | | | 7,826.00 | 0.00 | 7,826.00 |
| Account No. | | | | 2007-2010 | | | | | | |
| Fort Bend Independent School District 16431 Lexington Blvd. Sugar Land, TX 77479 | | - | | Property Tax | | | | 3,232.25 | 0.00 | 3,232.25 |
| Account No. | | | | 2008 | | | | | | |
| Internal Revenue Service P O Box 21126 Philadelphia, PA 19114 | | - | | Withholding Tax | | | | 16,585.00 | 0.00 | 16,585.00 |
| Account No. | | | | 2005-2009 | | | | | | |
| Los Angeles County Tax Collector 225 North Hill Street Room 122 Los Angeles, CA 90012 | | - | | Sales Tax | | | | 73,051.00 | 0.00 | 73,051.00 |
| Account No. | | | | 2007-2010 | | | | | | |
| Los Angeles County Tax Collector 500 W. Temple Street Los Angeles, CA 90012 | | - | | Property tax | | | | 10,013.16 | 0.00 | 10,013.16 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 110,707.41 | 110,707.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re **OurPlane Corp.** _____ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | 2007-2010 | | | | | | |
| Minnesota Department of Transportation Transportation Building 395 John Ireland Blvd. Saint Paul, MN 55155 | - | | | | | Property tax | | | | 6,516.60 | 0.00 | 6,516.60 |
| Account No. | | | | | | 2005-2009 | | | | | | |
| Minnesota Sales Tax Sales and UST Tax Division Mail Station 6330 Saint Paul, MN 55146-6330 | - | | | | | Sales Tax | | | | 1,516.00 | 0.00 | 1,516.00 |
| Account No. | | | | | | 2005-2009 | | | | | | |
| NYS Department of Tax & Finance Tax Processing Unit PO Box 1909 Albany, NY 12201-1909 | - | | | | | Sales Tax | | | | 69,058.00 | 0.00 | 69,058.00 |
| Account No. | | | | | | 2007-2010 | | | | | | |
| Orange County Tax Collector PO Box 2551 200 South Orange Avenue Suite 1500 Orlando, FL 32801 | - | | | | | Property Tax | | | | 2,800.35 | 0.00 | 2,800.35 |
| Account No. | | | | | | 2010 | | | | | | |
| State Comptroller of Public Accounts Box 149359 Austin, TX 78714-9359 | - | | | | | Texas Tax | | | | 250.00 | 0.00 | 250.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 80,140.95 | | 80,140.95 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re **OurPlane Corp.**_____ ,     Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2004-2010 | | | | | |
| Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | - | | Sales Tax | | | | 63,500.00 | 0.00 / 63,500.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 / 63,500.00 / 63,500.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 398,017.31 / 398,017.31 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **OurPlane Corp.** , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. <br><br>**Aero Records and Title Co.**<br>**6350 West Reno Avenue**<br>**Oklahoma City, OK 73127** | | - | | | 2010<br>**Title Services** | | | | 166.00 |
| Account No. <br><br>**Aero Resources**<br>**PO Box 1833**<br>**Houston, TX 77251-1833** | | - | | | 2010<br>**Title Services** | | | | 2,407.50 |
| Account No. <br><br>**AIC Title Service, LLC**<br>**6350 West Reno Avenue**<br>**Oklahoma City, OK 73127** | | - | | | 2010<br>**Title Services** | | | | 395.00 |
| Account No. <br><br>**Air Power Inc.**<br>**1430 Trinity Avenue**<br>**PO Box 5406**<br>**High Point, NC 27262** | | - | | | 2009<br>**Aircraft maintenance** | | | | 212.00 |
| __23__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 3,180.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  S/N:30153-100426   Best Case Bankruptcy

In re **OurPlane Corp.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. — **Alpha Reporting Services Inc.** 7920 Belt Line Road Suite 500 Dallas, TX 75254 | | | | **2009** Aircraft maintenance | | | | 1,053.41 |
| Account No. — **American Aviation** 2495 Broad Street Brooksville, FL 34604 | | | | **2009** Aircraft maintenance | | | | 1,295.00 |
| Account No. — **Brett Anderson** 1273 W. 1300 S. Woods Cross, UT 84087 | | | | **July 2010** Use license contract percentage of airplane N680P unpaid | | | | 25,128.00 |
| Account No. — **John Arias** 9010 Saddleback Road Park City, UT 84098 | | | | **July 2010** Use license contract percentage of airplane N680P unpaid | | | | 29,498.00 |
| Account No. — **Atlantic Aviation Corporation** PO Box 641830 Pittsburgh, PA 15264-1830 | | | | **2010** Aircraft maintenance | | | | 700.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,674.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re  **OurPlane Corp.** _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Aviation International News**<br>**218 Franklin Avenue**<br>**Midland Park, NJ 07432** | | - | | **2007-2009**<br>**Advertising** | | | | 6,227.50 |
| Account No.<br><br>**Rob Bacon**<br>**2536 Campus Drive**<br>**Salt Lake City, UT 84121** | | - | | **July 2010**<br>**Use license contract percentage of airplane N680P unpaid** | | | | 29,498.00 |
| Account No.<br><br>**Barnes & Thornburg**<br>**171 Monroe Avenue NW**<br>**Suite 1000**<br>**Grand Rapids, MI 49503-2694** | | - | | **2007-2010**<br>**Legal Services** | | | | 11,948.20 |
| Account No.<br><br>**Bat Masonry Company**<br>**22473 Timberlake Road**<br>**Lynchburg, VA 24502** | | - | | **2010**<br>**Aircraft services** | | | | 10,000.00 |
| Account No.<br><br>**Bates Lee Advertising**<br>**2950 Airway Avenue #A9**<br>**Costa Mesa, CA 92626-6019** | | - | | **2008**<br>**Advertising** | | | | 21,173.00 |

Sheet no. __2__ of __23__ sheets attached to Schedule of          Subtotal          78,846.70
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **OurPlane Corp.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brian Binau<br>5219 Pine<br>Bellaire, TX 77401 | - | | Anticipated shortage & will not cover this claim<br>Use license contract percentage of airplane N1020P unpaid | | | | 23,750.00 |
| Account No.<br><br>Jack Blanton Jr.<br>3347 Chevy Chase Drive<br>Houston, TX 77019 | - | | March 2010<br>Use license contract percentage of airplane N460P unpaid | | | | 18,400.00 |
| Account No.<br><br>Blue Sky Aviation Detailing<br>14707 Concord Grove<br>Houston, TX 77804 | - | | 2007-2010<br>Aircraft maintenance | | | | 360.00 |
| Account No.<br><br>Blume Engineering LLC<br>581 Dunnegan Drive<br>Laguna Beach, CA 92651 | - | | 2007<br>Deposit on Eclipse Jet | | | | 182,435.00 |
| Account No.<br><br>Bode Aviation Inc.<br>7401 Paseo Del Volcan NW<br>Albuquerque, NM 87121 | - | | 2007-2010<br>Aircraft maintenance | | | | 1,282.97 |

Sheet no. __3__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **226,227.97**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **OurPlane Corp.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | September 16, 2010 Use license contract percentage of airplane N670P unpaid | | | | |
| Gary Burke 2712 Ocean Front Del Mar, CA 92014 | | | | | | | | | 13,965.00 |
| Account No. | | | - | | 2007-2009 Aircraft maintenance | | | | |
| Cirrus Design Corporation 4515 Taylor Circle Duluth, MN 55811 | | | | | | | | | 3,564.64 |
| Account No. | | | - | | 2008 Advertising | | | | |
| City Business Journals Network 120 West Morehead Street Charlotte, NC 28202-1874 | | | | | | | | | 5,757.00 |
| Account No. | | | - | | 2007-2010 Aircraft maintenance | | | | |
| Clear Star Aviation LLC 4765 Frank Luke Drive Addison Airport Addison, TX 75001 | | | | | | | | | 1,008.08 |
| Account No. | | | - | | 2007-2010 Aircraft maintenance | | | | |
| Crownair Aviation 3753 John J. Montgomery Drive San Diego, CA 92123 | | | | | | | | | 3,871.18 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,165.90

In re **OurPlane Corp.** _____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | 2008 Business services | | | | |
| CSC - Corporation Service Company 2711 Centerville Road Wilmington, DE 19808 | - | | | | | | | | | 951.00 |
| Account No. | | | | | | 2008 Deposit on Eclipse Jet | | | | |
| Dr. Parvez Dara 527 Fielders Lane Toms River, NJ 08755 | - | | | | | | | | | 299,840.00 |
| Account No. | | | | | | 2008-2009 Legal Services | | | | |
| Davis DeYoung LLP 1901 Avenue of the Stars Suite 200 Los Angeles, CA 90067 | - | | | | | | | | | 7,574.78 |
| Account No. | | | | | | 2008 Advertising | | | | |
| Dealer Communications 2000 Town Center Suite 1900 Southfield, MI 48075 | - | | | | | | | | | 11,990.00 |
| Account No. | | | | | | 2007-2009 Accounting Services | | | | |
| DeLoitte & Touche LLP 350 S. Grand Avenue Los Angeles, CA 90071 | - | | | | | | | | | 7,055.01 |

Sheet no. __5__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   327,410.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **OurPlane Corp.** _____ , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Desser Tire & Rubber 6900 Acco Street Montebello, CA 90640 | | - | | 2007-2010 Aircraft maintenance | | | | 730.00 |
| Account No. Peter Diebold 531 Rancho Bauer Drive Houston, TX 77079 | | - | | Anticipated shortage & will not cover this claim Use license contract percentage of airplane N1020P unpaid | | | | 26,600.00 |
| Account No. Martin Doran 315 Elm Street New Canaan, CT 06840 | | - | | June 2010 Use license contract percentage of airplane N630P unpaid | | | | 22,434.00 |
| Account No. Drew and Drew 159 Linwood Avenue Buffalo, NY 14210 | | - | | 2007-2010 Legal Services | | | | 15,965.72 |
| Account No. Daniel Dulitz 181 Centre Street #4 Mountain View, CA 94041 | | - | | February 2010 Use license contract percentage of airplane N760P unpaid | | | | 19,481.00 |

Sheet no. __6__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **85,210.72**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re __**OurPlane Corp.**_____,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Don Dumas** <br>**1533 Eaglepoint Drive** <br>**Carrollton, TX 75007** | - | | **July 2010** <br>**Use license contract percentage of airplane** <br>**N990P unpaid** | | | | 26,125.00 |
| Account No. <br><br> **Robert Duncan** <br>**8830 Lakewood Drive** <br>**Irving, TX 75063** | - | | **July 2010** <br>**Use license contract percentage of airplane** <br>**N990P unpaid** | | | | 23,546.00 |
| Account No. <br><br> **Brian Dunefsky** <br>**154 Fieldpoint Drive** <br>**Irvington, NY 10533** | - | | **June 2010** <br>**Use license contract percentage of airplane** <br>**N630P unpaid** | | | | 19,110.00 |
| Account No. <br><br> **Easton Airport** <br>**29137 Newnam Road** <br>**Unit One** <br>**Easton, MD 21601** | - | | **2007-2010** <br>**Aircraft services** | | | | 40.00 |
| Account No. <br><br> **Eclipse Aviation Corporation** <br>**2503 Clark Carr Loop SE** <br>**Albuquerque, NM 87106** | - | | **2008** <br>**Aircraft maintenance** | | | | 7,601.19 |

Sheet no. __**7**___ of __**23**___ sheets attached to Schedule of               Subtotal

Creditors Holding Unsecured Nonpriority Claims           (Total of this page)         76,422.19

In re **OurPlane Corp.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gary Elkins<br>16430 Koester<br>Houston, TX 77040 | - | | Anticipated shortage & will not cover this claim<br>Use license contract percentage of airplane N1020P unpaid | | | | 23,750.00 |
| Account No.<br><br>Federal Aviation Administration<br>800 Independence Avenue SW<br>Washington, DC 20591 | - | | 2007-2010<br>Aircraft services | | | | 261.00 |
| Account No.<br><br>Fedex Trade Networks<br>7075 Ordan Drive<br>Mississauga Ontario<br>L5T 1K6 | - | | 2007-2010<br>Courier services | | | | 47.38 |
| Account No.<br><br>Richard Fish<br>6349 Vanderbilt Street<br>Houston, TX 77005 | - | | March 2010<br>Use license contract percentage of airplane N460P unpaid | | | | 21,581.00 |
| Account No.<br><br>FMS Airspares<br>1930 East Airport Blvd<br>Sanford, FL 32773 | - | | 2007-2010<br>Aircraft maintenance | | | | 792.75 |

| | | |
|---|---|---|
| Sheet no. __8__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 46,432.13 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **OurPlane Corp.** _____ ,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ron Garret 5424 Palm Drive La Canada Flintridge, CA 91011** | - | | August 2010 Use license contract percentage of airplane N880P unpaid | | | | 15,438.00 |
| Account No. **Gibbs Service Center Inc. Montgomery Field San Diego, CA 92111** | - | | 2007-2010 Aircraft services | | | | 628.56 |
| Account No. **Gould and Ratner LLP 222 North LaSalle Street Suite 800 Chicago, IL 60601** | - | | 2009 Legal services | | | | 12,304.30 |
| Account No. **Richard Graham 24516 Breckenridge Place Santa Clarita, CA 91321** | - | | August 2010 Use license contract percentage of airplane N880P unpaid | | | | 15,438.00 |
| Account No. **Raul Guzman 1708 Water Lily Drive Southlake, TX 76092** | - | | July 2010 Use license contract percentage of airplane N990P unpaid | | | | 21,945.00 |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,753.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **OurPlane Corp.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mark Hanley <br>3810 South Cooper Street <br>Arlington, TX 76015 | | - | July 2010 <br>Use license contract percentage of airplane N990P unpaid | | | | 23,546.00 |
| Account No. <br><br> Carl Hansen <br>4517 Gilford Drive <br>Edina, MN 55435 | | - | July 2010 <br>Use license contract percentage of airplane N640P unpaid | | | | 22,069.00 |
| Account No. <br><br> Robert Hawley <br>5111 Braeburn Drive <br>Bellaire, TX 77401 | | - | Anticipated shortage & will not cover this claim <br>Use license contract percentage of airplane N1020P unpaid | | | | 23,750.00 |
| Account No. <br><br> Hawthorne Municipal Airport <br>4455 W. 126th Street <br>Hawthorne, CA 90250 | | - | 2007-2010 <br>Aircraft services | | | | 2.50 |
| Account No. <br><br> Jolly Hayden <br>4532 Beech Street <br>Bellaire, TX 77401 | | - | March 2010 <br>Use license contract percentage of airplane N460P unpaid | | | | 18,047.00 |

Sheet no. __10__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **87,414.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **OurPlane Corp.** _____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Robert Herlin <br> 3 Raydon Lane <br> Houston, TX 77024 | - | | Anticipated shortage & will not cover this claim <br> Use license contract percentage of airplane N1020P unpaid | | | | 19,950.00 |
| Account No. <br><br> David Herr <br> 844 Fairmount Avenue <br> Saint Paul, MN 55105-3340 | - | | July 2010 <br> Use license contract percentage of airplane N640P unpaid | | | | 22,069.00 |
| Account No. <br><br> HostDime Inc. - E. Vivar <br> 1157 Hollow Pinve Drive <br> Oviedo, FL 32765 | - | | 2006 <br> Deposit on Eclipse Jet | | | | 104,533.00 |
| Account No. <br><br> Houston Aviation Center LLC <br> 1288 Highway 6 South <br> Hanger 104 <br> Sugar Land, TX 77478 | - | | 2010 <br> Aircraft services | | | | 5,202.24 |
| Account No. <br><br> Thomas Hunt <br> 555 E 215th Street <br> Jordan, MN 55352 | - | | July 2010 <br> Use license contract percentage of airplane N640P unpaid | | | | 28,785.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       180,539.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **OurPlane Corp.** ,
Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | August 2010 Use license contract percentage of airplane N880P unpaid | | | | |
| Robert Hyams 3734 Broadlawn Drive Los Angeles, CA 90068 | | - | | | | | | 17,290.00 |
| Account No. | | | | 2007 Deposit on Eclipse Jet | | | | |
| J&T Aviation -J. Gombold 11050 Crystal Springs Road Santee, CA 92071 | | - | | | | | | 5,000.00 |
| Account No. | | | | May 2010 Use license contract percentage of airplane N3800P unpaid | | | | |
| JD Megargel 40 Aegean Avenue Tampa, FL 33606 | | - | | | | | | 21,446.00 |
| Account No. | | | | 2007-2010 Aircraft maintenance | | | | |
| Jeppesen 55 Inverness Drive East Englewood, CO 80112 | | - | | | | | | 668.98 |
| Account No. | | | | September 16, 2010 Use license contract percentage of airplane N670P unpaid | | | | |
| JT Aviation 11050 Crystal Springs Road Santee, CA 92017 | | - | | | | | | 16,625.00 |

Sheet no. __12__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,029.98

In re **OurPlane Corp.**                                                                    ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2009** **Legal services** | | | | |
| **K & L Gates** **1717 Main Street** **Suite 2800** **Dallas, TX 75201** | - | | | | | | | 93,252.17 |
| Account No. | | | | **August 2010** **Use license contract percentage of airplane N880P unpaid** | | | | |
| **Ron Kaplan** **2669 Roscomare Road** **Los Angeles, CA 90077** | - | | | | | | | 15,438.00 |
| Account No. | | | | **2007-2010** **Aircraft services** | | | | |
| **Kar Tek Auto Salon Mobile Detailing** **2034 Hidden Crest Drive** **El Cajon, CA 92019** | - | | | | | | | 995.00 |
| Account No. | | | | **September 16, 2010** **Use license contract percentage of airplane N670P unpaid** | | | | |
| **Brian Keating** **9633 La Jolla Farms Road** **La Jolla, CA 92307** | - | | | | | | | 16,625.00 |
| Account No. | | | | **August 2010** **Use license contract percentage of airplane N880P unpaid** | | | | |
| **Bill Kennedy** **24807 Los Altos Drive** **Valencia, CA 91355** | - | | | | | | | 15,438.00 |

Sheet no. __13__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal    (Total of this page)      **141,748.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re **OurPlane Corp.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daniel Kortick** <br> **19 Hallocks Run** <br> **Somers, NY 10589** | - | | **June 2010** <br> **Use license contract percentage of airplane N630P unpaid** | | | | 19,110.00 |
| Account No. <br><br> **Jerome Kwiecien** <br> **384 Pine Valley Drive** <br> **Fairview, TX 75069** | - | | **July 2010** <br> **Use license contract percentage of airplane N990P unpaid** | | | | 21,945.00 |
| Account No. <br><br> **Lakeside Advisors Inc.** <br> **1115 East Denny Way** <br> **Seattle, WA 98122** | | | **2007** <br> **Accounting services** | | | | 7,500.00 |
| Account No. <br><br> **Lima Charlie - Harry Hedaya** <br> **4890 W. Kennedy Blvd** <br> **Suite 260** <br> **Tampa, FL 33609** | - | | **May 2010** <br> **Use license contract percentage of airplane N3800P unpaid** | | | | 26,553.00 |
| Account No. <br><br> **Ben MacDonald** <br> **3400 Redding Road** <br> **Fairfield, CT 06824** | - | | **June 2010** <br> **Use license contract percentage of airplane N630P unpaid** | | | | 22,434.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,542.00

In re  **OurPlane Corp.** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carey Mariash**<br>**9152 Lambeth Court**<br>**Indianapolis, IN 46278** | - | | **July 2010**<br>**Use license contract percentage of airplane**<br>**N640P unpaid** | | | | 25,907.00 |
| Account No.<br><br>**Mark Anchor Albert, Esq.,**<br>**601 South Figueroa Street**<br>**Suite 2370**<br>**Los Angeles, CA 90017** | - | | **2009**<br>**Legal services** | | | | 465.24 |
| Account No.<br><br>**Andy McCarthy**<br>**7335 Inwood Road**<br>**Dallas, TX 75209** | - | | **July 2010**<br>**Use license contract percentage of airplane**<br>**N990P unpaid** | | | | 23,546.00 |
| Account No.<br><br>**Ed McDonough**<br>**1514 Preston Street**<br>**Salt Lake City, UT 84108** | - | | **July 2010**<br>**Use license contract percentage of airplane**<br>**N680P unpaid** | | | | 25,128.00 |
| Account No.<br><br>**Michael !Lahie**<br>**Jamaica Towers Suite 202**<br>**2885 Gulf Shore N.**<br>**Naples, FL 34103** | - | | **2006**<br>**Deposit on Eclipse Jet** | | | | 104,533.00 |

Sheet no. __15__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

179,579.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **OurPlane Corp.**                                                                                    ,                Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Million Air - Utah** <br> **303 North 2370 West** <br> **Salt Lake City, UT 84116** | - | | **2007-2010** <br> **Aircraft services** | | | | 9,766.47 |
| Account No. <br><br> **David Misunas** <br> **7001 Oakport Street** <br> **Oakland, CA 94621** | - | | **February 2010** <br> **Use license contract percentage of airplane N760P unpaid** | | | | 19,481.00 |
| Account No. <br><br> **Sterling Moore** <br> **2647 Joann Street** <br> **Stafford, TX 77477** | - | | **Anticipated shortage & will not cover this claim** <br> **Use license contract percentage of airplane N1020P unpaid** | | | | 23,750.00 |
| Account No. <br><br> **Jeb Morrison** <br> **11636 Timberline Road** <br> **Minneapolis, MN 55305** | - | | **July 2010** <br> **Use license contract percentage of airplane N640P unpaid** | | | | 25,907.00 |
| Account No. <br><br> **Multi Service** <br> **8650 College Blvd.** <br> **Overland Park, KS 66210** | - | | **2008-2009** <br> **Aircraft fuel** | | | | 19,527.04 |

Sheet no. __16__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98,431.51

Case 1-10-14194-CLB    Doc 1    Filed 09/29/10    Entered 09/29/10 11:18:00    Desc Main
Document        Page 32 of 67

In re **OurPlane Corp.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2006 Deposit on Eclipse Jet | | | | |
| National Security Co., Inc. - Shane Wang 111 Westfoot Hill Blvd. Arcadia, CA 91006 | - | | | | | | | | 104,533.00 |
| Account No. | | | | | 2009 Financial services | | | | |
| Nexa Capital 1250 24th Street NW Suite 300 Washington, DC 20037 | - | | | | | | | | 54,289.66 |
| Account No. | | | | | 2007-2010 Aircraft services | | | | |
| North American Jet Maintenance LLC 1011 S Wolf Road Wheeling, IL 60090 | - | | | | | | | | 4,400.00 |
| Account No. | | | | | June 2010 Use license contract percentage of airplane N630P unpaid | | | | |
| Robert Owen 369 Long Hill Road East Briarcliff Manor, NY 10510 | - | | | | | | | | 24,926.00 |
| Account No. | | | | | 2007-2010 Aircraft services | | | | |
| Panorama Flight Service Inc. Westchester Airport 67 Tower Road, Hanger T White Plains, NY 10604 | - | | | | | | | | 8,640.36 |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          196,789.02

In re    **OurPlane Corp.**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 Legal services | | | | |
| Parsons Behle & Latimer 201 South Main Street Suite 1800 Salt Lake City, UT 84111 | | - | | | | | | 768.34 |
| Account No. | | | | 2007-2010 Property Tax | | | | |
| Patsy Schultz, RTA 1317 Eugene Heimann Circle Richmond, TX 77469 | | - | | | | | | 2,026.04 |
| Account No. | | | | July 2010 Use license contract percentage of airplane N640P unpaid | | | | |
| Daniel Pennie 335 Salem Church Road Saint Paul, MN 55118 | | - | | | | | | 19,190.00 |
| Account No. | | | | 2007-2010 Aircraft services | | | | |
| Quality Aircraft Care 2056 Palomar Airport Road Suite 1 Carlsbad, CA 92011 | | - | | | | | | 60.00 |
| Account No. | | | | September 16, 2010 Use license contract percentage of airplane N670P unpaid | | | | |
| Tom Reid 5252 Balboa Avenue Suite 500 San Diego, CA 92117 | | - | | | | | | 13,965.00 |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     36,009.38

Case 1-10-14194-CLB    Doc 1    Filed 09/29/10    Entered 09/29/10 11:18:00    Desc Main
Document          Page 34 of 67

B6F (Official Form 6F) (12/07) - Cont.

In re **OurPlane Corp.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> San Diego County <br> 1600 Pacific Highway <br> Suite 260 <br> San Diego, CA 92101 | | - | | 2007-2010 <br> Aircraft services | | | | 3,369.77 |
| Account No. <br><br> San Mateo County <br> 555 County Center <br> First Floor <br> Redwood City, CA 94063-1665 | | - | | 2007-2010 <br> Aircraft services | | | | 24,888.79 |
| Account No. <br><br> Santa Monica Airport <br> 3223 Donald Douglas Loop South <br> Santa Monica, CA 90405 | | - | | 2007-2010 <br> Aircraft services | | | | 24.84 |
| Account No. <br><br> Juan Santucci <br> 182 Julian Street <br> Rye, NY 10580 | | - | | June 2010 <br> Use license contract percentage of airplane N630P unpaid | | | | 22,434.00 |
| Account No. <br><br> John Serocki <br> 2125 Cordero Road <br> Del Mar, CA 92014 | | - | | September 16, 2010 <br> Use license contract percentage of airplane N670P unpaid | | | | 16,625.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **67,342.40**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **OurPlane Corp.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Legal services | | | | |
| Seyfarth Shaw LLP 333 South Hope Street Suite 3900 Los Angeles, CA 90071-1406 | - | | | | | | | 16,952.01 |
| Account No. | | | | 2007-2010 Aircraft services | | | | |
| Showalter Flying Service Inc. 400 Herndon Avenue Orlando, FL 32803 | - | | | | | | | 359.76 |
| Account No. | | | | 2007-2010 Aircraft services | | | | |
| Sikorsky Memorial Airport (BDR) 1000 Great Meadow Road Stratford, CT 06615 | - | | | | | | | 10.00 |
| Account No. | | | | 2008 Aircraft services | | | | |
| Single Pilot Jet Management LLC 103-1580 Beechcraft Avenue Chesterfield, MO 63005 | - | | | | | | | 1,840.00 |
| Account No. | | | | 2007-2010 Aircraft services | | | | |
| Tampa International Jet Center 4751 Jim Walter Blvd. Tampa, FL 33607 | - | | | | | | | 3,611.25 |

| Sheet no. __20__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,773.02 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **OurPlane Corp.**                                                                    ,   Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Teterboro Airport <br> 399 Industrial Avenue <br> Teterboro, NJ 07608 | | - | | 2007-2010 <br> Aircraft services | | | | 85.00 |
| Account No. <br><br> The Loan Corporation - Harry Hedaya <br> 4913 Bay Way Drive <br> Tampa, FL 33609 | | - | | 2006 <br> Deposit on Eclipse Jet | | | | 104,533.00 |
| Account No. <br><br> Town of East Hampton Airport <br> 200 Daniels Hole Road <br> Wainscott, NY 11937 | | - | | 2007-2010 <br> Aircraft services | | | | 85.00 |
| Account No. <br><br> University Air Center <br> 4701 NE 40th Terrace <br> Gainesville, FL 32609 | | - | | 2007-2010 <br> Aircraft services | | | | 984.00 |
| Account No. <br><br> US Legal Support/Miller Parker Inc. <br> 5910 N. Central Expressway #100 <br> Dallas, TX 75206-5130 | | - | | 2008 <br> Legal services | | | | 6,059.21 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**111,746.21**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **OurPlane Corp.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>VIP Capital Air LLC - J. Barlow<br>4351 Gulf Shore Blvd N.<br>Residence 19N<br>Naples, FL 34103 | | - | 2006<br>Deposit on Eclipse Jet | | | | 104,533.00 |
| Account No.<br>Robert Wall<br>315 Teakwood Lane<br>Houston, TX 77024 | | - | March 2010<br>Use license contract percentage of airplane N460P unpaid | | | | 18,086.00 |
| Account No.<br>Tom Watkins<br>2537 East 6200 South<br>Salt Lake City, UT 84121 | | - | July 2010<br>Use license contract percentage of airplane N680P unpaid | | | | 32,775.00 |
| Account No.<br>Westchester County Airport<br>240 Airport Road<br>Suite 202<br>White Plains, NY 10604 | | - | 2007-2010<br>Aircraft services | | | | 25.30 |
| Account No.<br>Western Flight Services, LLC<br>2210 Palomar Airport Road<br>Carlsbad, CA 92011 | | - | 2007-2010<br>Aircraft services | | | | 1,500.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 156,919.30

In re   **OurPlane Corp.**                                   ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Will Wilkinson**<br>**5124 Skyline Drive**<br>**Ogden, UT 84403** | | - | **July 2010**<br>**Use license contract percentage of airplane**<br>**N680P unpaid** | | | | 25,128.00 |
| Account No. <br><br>**XM Satellite Radio**<br>**1500 Eckington Place NE**<br>**Washington, DC 20002** | | - | **2007-2010**<br>**Aircraft maintenance** | | | | 5,463.33 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 30,591.33 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,463,780.47 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **OurPlane Corp.**             ,   Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0

Continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **OurPlane Corp.**                                ,    Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

0

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **OurPlane Corp.**                              Case No.
                                    Debtor(s)              Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **38**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 28, 2010**                    Signature    **/s/ Graham Casson**
                                                                **Graham Casson**
                                                                **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re __OurPlane Corp.__          Case No. _____
<br>                               Debtor(s)       Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,240,017.00** | **Earnings - 2008** |
| **$349,110.00** | **Earnings - 2009** |
| **$639,000.00** | **Earnings - 2010** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT        SOURCE

### 3. Payments to creditors

None ■     *Complete a. or b., as appropriate, and c.*

      a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐     b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Frank Crystal Insurance**<br>**33 Old Slip**<br>**New York, NY 10005** | **July 10, 2010** | **$6,221.00** | **$0.00** |
| **OurPlane Inc.**<br>**1673 Richmond Street, Suite 128**<br>**London Ontario N6A 2N3** | **August 2010** | **$65,022.00** | **$1,406,125.00** |
| **Frank Crystal Insurance**<br>**33 Old Slip**<br>**New York, NY 10005** | **September 20, 2010** | **$7,100.00** | **$0.00** |
| **OurPlane Inc.**<br>**1673 Richmond Street, Suite 128**<br>**London Ontario N6A 2N3** | **September 2010** | **$39,000.00** | **$1,406,125.00** |

None ■     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **W.Blume v OurPlane Corp.** | **Litigation to recover aircraft deposit $250,000.00** | **Grand Rapids, Michigan** | |
| **Dumas/Kwiecian/Guzman v OurPlane Corp.** | **Contract default $180,000.00** | **New York** | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **State of Florida** | **July 2010** | **Sales Tax Recovery - Garnishment on bank account - $29,000.00** |
| **Lee Lau**<br>**6749 Concession 6, R.R. #1**<br>**Uxbridge Ontario L9P 1R1** | **June 2010** | **Aircraft Repossessions (N680P-value $230,000.00, N990P-value $200,000.00, N6409-value $202,000.00, N760P-value $190,000.00 AND N6309-value $180,000.00)** |
| **Pacific Air Center**<br>**18037 N. 94th Way**<br>**Scottsdale, AZ 85255** | **September 2010** | **Sale of One Cirrus 22 Airplane FHA Registration #1020P located at Pacific Air Center, 18037 N. 94th Way, Scottsdale AZ 85255 - Proceeds paid into title company to be distributed to secured creditors.** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

4

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Aaron Dautch Sternberg & Lawson LLP**<br>**730 Convention Tower**<br>**Buffalo, NY 14202** | **September 2010** | **$4,964.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Royal Bank Centura Bank**<br>**Orlando Gateway/RBC Bank (USA)**<br>**1000 Legion Place Suite 100**<br>**Orlando, FL 32801** | **Acct #xxxxxx8964** | **August 2010 Balance was:**<br>**-$680.00** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **80 State Street Albany NY 12207** | **OurPlane Corp.** | **2006-2008** |
| **12020 Sunrise Valley Drive Suite 100 Reston VA 20191** | **OurPlane Corp.** | **2008-present** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lora Cummings, CFO** | **2004-2009** |
| **12020 Sunrise Valley Drive Suite 100** | |
| **Reston, VA 20191** | |
| | |
| **Padgett Business Services** | **2009-2010** |
| **339 Horton Street E, Suite 101** | |
| **London Ontario N6B 1L6** | |
| | |
| **Lunick and Company - Michael King** | **2005-2009** |
| **383 Richmond Suite 502** | |
| **London Ontario N6A 3C4** | |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Graham Casson** | **President** | **sole stockholder of OurPlane Holding Inc. which entity is the sole stockholder of debtor** |
| **195 Pinebrook Place** | | |
| **London Ontario Canada N5X 4C6** | | |

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 28, 2010**          Signature  **/s/ Graham Casson**
**Graham Casson**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of New York

In re    __OurPlane Corp.__           Case No. _____

                       Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **4,964.00** |
| Prior to the filing of this statement I have received | $ | **4,964.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■          Debtor          ☐          Other (specify):

3.   The source of compensation to be paid to me is:

     ■          Debtor          ☐          Other (specify):

4.   ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **none**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __September 28, 2010__          **/s/ William E. Lawson**
                                          **William E. Lawson**
                                          **Aaron Dautch Sternberg & Lawson, LLP**
                                          **730 Convention Tower**
                                          **43 Court St**
                                          **Buffalo, NY 14202-3172**
                                          **(716) 854-3015   Fax: (716) 854-1716**
                                          **lawson@aarondautch.com**

# United States Bankruptcy Court
## Western District of New York

In re   **OurPlane Corp.**          Case No. _____

                           Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 28, 2010** _____      **/s/ Graham Casson** _____

                                                      **Graham Casson**/**President**
                                                      Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

Advanced Disposal Systems
7915 Baymeadows Way Suite 300
Jacksonville, FL 32256


Aero Records and Title Co.
6350 West Reno Avenue
Oklahoma City, OK 73127


Aero Resources
PO Box 1833
Houston, TX 77251-1833


AIC Title Service, LLC
6350 West Reno Avenue
Oklahoma City, OK 73127


Air Power Inc.
1430 Trinity Avenue
PO Box 5406
High Point, NC 27262


Alpha Reporting Services Inc.
7920 Belt Line Road Suite 500
Dallas, TX 75254


American Aviation
2495 Broad Street
Brooksville, FL 34604


Brett Anderson
1273 W. 1300 S.
Woods Cross, UT 84087


John Arias
9010 Saddleback Road
Park City, UT 84098


Atlantic Aviation Corporation
PO Box 641830
Pittsburgh, PA 15264-1830


Aviation International News
218 Franklin Avenue
Midland Park, NJ 07432

Rob Bacon
2536 Campus Drive
Salt Lake City, UT 84121


Barnes & Thornburg
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503-2694


Bat Masonry Company
22473 Timberlake Road
Lynchburg, VA 24502


Bates Lee Advertising
2950 Airway Avenue #A9
Costa Mesa, CA 92626-6019


Brian Binau
5219 Pine
Bellaire, TX 77401


Jack Blanton Jr.
3347 Chevy Chase Drive
Houston, TX 77019


Blue Sky Aviation Detailing
14707 Concord Grove
Houston, TX 77804


Blume Engineering LLC
581 Dunnegan Drive
Laguna Beach, CA 92651


Bode Aviation Inc.
7401 Paseo Del Volcan NW
Albuquerque, NM 87121


Gary Burke
2712 Ocean Front
Del Mar, CA 92014


Cirrus Design Corporation
4515 Taylor Circle
Duluth, MN 55811

City Business Journals Network
120 West Morehead Street
Charlotte, NC 28202-1874


City of Sugar Land Property Tax
PO Box 5029
Sugar Land, TX 77487-5029


Clear Star Aviation LLC
4765 Frank Luke Drive
Addison Airport
Addison, TX 75001


Connecticut Sales Tax
25 Sigourney Street
Suite 2
Hartford, CT 06106


Crownair Aviation
3753 John J. Montgomery Drive
San Diego, CA 92123


CSC – Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808


Dallas Central Appraisal District
Business Perosnal Property Division
Box 560368
Dallas, TX 75356-0368


Dr. Parvez Dara
527 Fielders Lane
Toms River, NJ 08755


Davis DeYoung LLP
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067


Dealer Communications
2000 Town Center
Suite 1900
Southfield, MI 48075

DeLoitte & Touche LLP
350 S. Grand Avenue
Los Angeles, CA 90071


Desser Tire & Rubber
6900 Acco Street
Montebello, CA 90640


Peter Diebold
531 Rancho Bauer Drive
Houston, TX 77079


Martin Doran
315 Elm Street
New Canaan, CT 06840


Drew and Drew
159 Linwood Avenue
Buffalo, NY 14210


Daniel Dulitz
181 Centre Street #4
Mountain View, CA 94041


Don Dumas
1533 Eaglepoint Drive
Carrollton, TX 75007


Robert Duncan
8830 Lakewood Drive
Irving, TX 75063


Brian Dunefsky
154 Fieldpoint Drive
Irvington, NY 10533


Easton Airport
29137 Newnam Road
Unit One
Easton, MD 21601


Eclipse Aviation Corporation
2503 Clark Carr Loop SE
Albuquerque, NM 87106

Gary Elkins
16430 Koester
Houston, TX 77040


Federal Aviation Administration
800 Independence Avenue SW
Washington, DC 20591


Fedex Trade Networks
7075 Ordan Drive
Mississauga Ontario
L5T 1K6


Richard Fish
6349 Vanderbilt Street
Houston, TX 77005


Florida Dept of Revenue
Taxpayer Services
5050 W. Tennesee Street Bldg L
Tallahassee, FL 32399-0113


Florida Dept. of Revenue
Taxpayer Services
5050 W. Tennessee Street Bldg L
Tallahassee, FL 32399-0112


FMS Airspares
1930 East Airport Blvd
Sanford, FL 32773


Fort Bend County Tax Office
1317 Eugene Heimann Circle
Richmond, TX 77469


Fort Bend Independent School District
16431 Lexington Blvd.
Sugar Land, TX 77479


Ron Garret
5424 Palm Drive
La Canada Flintridge, CA 91011

Gibbs Service Center Inc.
Montgomery Field
San Diego, CA 92111


Gould and Ratner LLP
222 North LaSalle Street
Suite 800
Chicago, IL 60601


Richard Graham
24516 Breckenridge Place
Santa Clarita, CA 91321


Raul Guzman
1708 Water Lily Drive
Southlake, TX 76092


Mark Hanley
3810 South Cooper Street
Arlington, TX 76015


Carl Hansen
4517 Gilford Drive
Edina, MN 55435


Robert Hawley
5111 Braeburn Drive
Bellaire, TX 77401


Hawthorne Municipal Airport
4455 W. 126th Street
Hawthorne, CA 90250


Jolly Hayden
4532 Beech Street
Bellaire, TX 77401


Robert Herlin
3 Raydon Lane
Houston, TX 77024


David Herr
844 Fairmount Avenue
Saint Paul, MN 55105-3340

HostDime Inc. - E. Vivar
1157 Hollow Pinve Drive
Oviedo, FL 32765


Houston Aviation Center LLC
1288 Highway 6 South
Hanger 104
Sugar Land, TX 77478


Thomas Hunt
555 E 215th Street
Jordan, MN 55352


Robert Hyams
3734 Broadlawn Drive
Los Angeles, CA 90068


Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114


J&T Aviation -J. Gombold
11050 Crystal Springs Road
Santee, CA 92071


JD Megargel
40 Aegean Avenue
Tampa, FL 33606


Jeppesen
55 Inverness Drive East
Englewood, CO 80112


JT Aviation
11050 Crystal Springs Road
Santee, CA 92017


K & L Gates
1717 Main Street
Suite 2800
Dallas, TX 75201


Ron Kaplan
2669 Roscomare Road
Los Angeles, CA 90077

Kar Tek Auto Salon Mobile Detailing
2034 Hidden Crest Drive
El Cajon, CA 92019

Brian Keating
9633 La Jolla Farms Road
La Jolla, CA 92307

Bill Kennedy
24807 Los Altos Drive
Valencia, CA 91355

Daniel Kortick
19 Hallocks Run
Somers, NY 10589

Jerome Kwiecien
384 Pine Valley Drive
Fairview, TX 75069

Lakeside Advisors Inc.
1115 East Denny Way
Seattle, WA 98122

Lima Charlie - Harry Hedaya
4890 W. Kennedy Blvd
Suite 260
Tampa, FL 33609

Los Angeles County Tax Collector
225 North Hill Street
Room 122
Los Angeles, CA 90012

Los Angeles County Tax Collector
500 W. Temple Street
Los Angeles, CA 90012

Ben MacDonald
3400 Redding Road
Fairfield, CT 06824

Carey Mariash
9152 Lambeth Court
Indianapolis, IN 46278

Mark Anchor Albert, Esq.,
601 South Figueroa Street
Suite 2370
Los Angeles, CA 90017


Andy McCarthy
7335 Inwood Road
Dallas, TX 75209


Ed McDonough
1514 Preston Street
Salt Lake City, UT 84108


Michael !Lahie
Jamaica Towers Suite 202
2885 Gulf Shore N.
Naples, FL 34103


Million AIr - Utah
303 North 2370 West
Salt Lake City, UT 84116


Minnesota Department of Transportation
Transportation Building
395 John Ireland Blvd.
Saint Paul, MN 55155


Minnesota Sales Tax
Sales and UST Tax Division
Mail Station 6330
Saint Paul, MN 55146-6330


David Misunas
7001 Oakport Street
Oakland, CA 94621


Sterling Moore
2647 Joann Street
Stafford, TX 77477


Jeb Morrison
11636 Timberline Road
Minneapolis, MN 55305

Multi Service
8650 College Blvd.
Overland Park, KS 66210


National Security Co., Inc. - Shane Wang
111 Westfoot Hill Blvd.
Arcadia, CA 91006


Nexa Capital
1250 24th Street NW
Suite 300
Washington, DC 20037


North American Jet Maintenance LLC
1011 S Wolf Road
Wheeling, IL 60090


NYS Department of Tax & Finance
Tax Processing Unit
PO Box 1909
Albany, NY 12201-1909


Orange County Tax Collector
PO Box 2551
200 South Orange Avenue
Suite 1500
Orlando, FL 32801


Robert Owen
369 Long Hill Road East
Briarcliff Manor, NY 10510


Panorama Flight Service Inc.
Westchester Airport
67 Tower Road, Hanger T
White Plains, NY 10604


Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111


Patsy Schultz, RTA
1317 Eugene Heimann Circle
Richmond, TX 77469

Daniel Pennie
335 Salem Church Road
Saint Paul, MN 55118


Quality Aircraft Care
2056 Palomar Airport Road
Suite 1
Carlsbad, CA 92011


Tom Reid
5252 Balboa Avenue
Suite 500
San Diego, CA 92117


San Diego County
1600 Pacific Highway
Suite 260
San Diego, CA 92101


San Mateo County
555 County Center
First Floor
Redwood City, CA 94063-1665


Santa Monica Airport
3223 Donald Douglas Loop South
Santa Monica, CA 90405


Juan Santucci
182 Julian Street
Rye, NY 10580


John Serocki
2125 Cordero Road
Del Mar, CA 92014


Seyfarth Shaw LLP
333 South Hope Street
Suite 3900
Los Angeles, CA 90071-1406


Showalter Flying Service Inc.
400 Herndon Avenue
Orlando, FL 32803

Sikorsky Memorial Airport (BDR)
1000 Great Meadow Road
Stratford, CT 06615


Single Pilot Jet Management LLC
103-1580 Beechcraft Avenue
Chesterfield, MO 63005


State Comptroller of Public Accounts
Box 149359
Austin, TX 78714-9359


Tampa International Jet Center
4751 Jim Walter Blvd.
Tampa, FL 33607


Teterboro Airport
399 Industrial Avenue
Teterboro, NJ 07608


The Loan Corporation - Harry Hedaya
4913 Bay Way Drive
Tampa, FL 33609


Town of East Hampton Airport
200 Daniels Hole Road
Wainscott, NY 11937


University Air Center
4701 NE 40th Terrace
Gainesville, FL 32609


US Legal Support/Miller Parker Inc.
5910 N. Central Expressway #100
Dallas, TX 75206-5130


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


VIP Capital Air LLC - J. Barlow
4351 Gulf Shore Blvd N.
Residence 19N
Naples, FL 34103

Robert Wall
315 Teakwood Lane
Houston, TX 77024


Tom Watkins
2537 East 6200 South
Salt Lake City, UT 84121


Westchester County Airport
240 Airport Road
Suite 202
White Plains, NY 10604


Western Flight Services, LLC
2210 Palomar Airport Road
Carlsbad, CA 92011


Will Wilkinson
5124 Skyline Drive
Ogden, UT 84403


XM Satellite Radio
1500 Eckington Place NE
Washington, DC 20002

# United States Bankruptcy Court
## Western District of New York

In re   **OurPlane Corp.** _____

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **OurPlane Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2010** _____

Date

**/s/ William E. Lawson** _____

**William E. Lawson**

Signature of Attorney or Litigant

Counsel for   **OurPlane Corp.**

**Aaron Dautch Sternberg & Lawson, LLP**
**730 Convention Tower**
**43 Court St**
**Buffalo, NY 14202-3172**
**(716) 854-3015 Fax:(716) 854-1716**
**lawson@aarondautch.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

Case 1-10-14194-CLB    Doc 1    Filed 09/29/10    Entered 09/29/10 11:18:00    Desc Main
Document     Page 66 of 67

COMBINED MEETING OF
SOLE SHAREHOLDER
OF
OURPLANE CORP.

The above meeting was held on the _05_ day of September, 2010 at 1673 Richmond Street, Suite 128, London, Ontario, Canada N6A 2A6.  Present was Graham Casson, the sole owner of all of the authorized capital stock of OurPlane Holding Inc., who is the sole stockholder of OurPlane Corp.

It was resolved that a petition in Chapter 7 of the Bankruptcy Code should be filed by OurPlane Corp. and Graham Casson was authorized to retain New York counsel to proceed with the filing of such petition and to make payments to said counsel of the legal fees and filing fees necessary to accomplish such filing.

It was agreed that a waiver of notice of this meeting was accepted.  There being no immediate further business before the meeting, the same on motion was duly adjourned.

Dated:  September _28_ 2010

_____
Graham Casson, sole stockholder of
OurPlane Holding Inc.